United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-7001        September Term, 2023

1:22-cv-01334-TNM

**Filed On:** October 25, 2023

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

**BEFORE:**    Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the petition for rehearing, it is

**ORDERED** that the petition be denied.

**Per Curiam**

                                              FOR THE COURT:
                                              Mark J. Langer, Clerk

                      BY:     /s/
                                   Daniel J. Reidy
                                   Deputy Clerk