United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 23-7001                        September Term, 2023

1:22-cv-01334-TNM

**Filed On:** October 25, 2023

Hdeel Abdelhady,

    Appellant

  v.

George Washington University, et al.,

    Appellees

**BEFORE:**   Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas*, Rao, Walker*, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

                                                          **FOR THE COURT:**
                                                          Mark J. Langer, Clerk

                                BY:    /s/
                                                Daniel J. Reidy
                                                Deputy Clerk

---

\* Circuit Judges Katsas and Walker did not participate in this matter.