# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-7001**                          **September Term, 2022**

**1:22-cv-01334-TNM**

**Filed On: May 5, 2023**

Hdeel Abdelhady,

    Appellant

    v.

George Washington University, et al.,

    Appellees

### O R D E R

Upon consideration of the notice of appeal and the initial submissions, it is

**ORDERED**, on the court's own motion, that appellant show cause, within 30 days of the date of this order, why this appeal should not be dismissed for lack of jurisdiction. See Fed. R. Civ. P. 54(b) (order adjudicating fewer than all claims of fewer than all parties is not final absent district court direction of entry of final judgment and determination that there is no just reason for delay in entry of judgment); Blue v. District of Columbia Pub. Schs., 764 F.3d 11, 17–18 (D.C. Cir. 2014) (observing that this circuit treats voluntary but non-prejudicial dismissals of remaining claims as generally insufficient to render final and appealable a prior order disposing of only part of the case"). The response to the order to show cause may not exceed the length limitations established by Federal Rule of Appellate Procedure 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Appellant's failure to comply with this order may result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
         Laura M. Morgan
         Deputy Clerk